**James STUCKEY, Petitioner–Appellant,**

v.

**Paul KIRBY, Warden, Northern Regional Jail & Correctional Facility, Respondent–Appellee.**

**No. 00–6466.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 26, 2000.

Decided April 20, 2001.

James Stuckey, pro se. Darrell V. McGraw, Jr., Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before LUTTIG, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

James Stuckey appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994

---

& Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Stuckey v. Kirby,* No. CA–98–122–1 (N.D.W.Va. Mar. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*